IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NO. 5:23-MJ-68-CHW |
| MICHAEL BRADLEY | |

## NOTICE OF APPEARANCE

COMES NOW undersigned counsel, Chauntilia K. Adaway, who hereby enters her appearance as counsel on behalf of *Michael Bradley*, in the above-styled case. All future notices of filings and proceedings should be directed to her.

Dated this 12th day of September, 2023.

                Respectfully submitted,

                /s/**Chauntilia K. Adaway**
                Chauntilia K. Adaway
                Ga. Bar No. 871398
                Attorney for Defendant
                Federal Defenders of the
                Middle District of Georgia, Inc.
                440 Martin Luther King Jr. Blvd.
                Suite 400
                Macon, GA 31201
                Tel: (478) 743-4747
                Fax: (478) 207-3419
                Email: chauntilia_adaway@fd.org

# CERTIFICATE OF SERVICE

    I, Chauntilia K. Adaway, hereby certify that, on September 12, 2023, I electronically filed the foregoing *Notice of Appearance* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/**Chauntilia K. Adaway**
Chauntilia K. Adaway
Ga. Bar No. 871398
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: chauntilia_adaway@fd.org